**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | FRANK DADDARIO | : | Bankruptcy No. 25-13079 |
| | | : | |
| | | : | |
| | DEBTOR | : | Chapter 13 |

<u>ENTRY OF APPEARANCE</u>

TO THE CLERK:

Kindly enter my appearance on behalf of the Debtor, Frank Daddario, and include my name on the Mailing matrix to receive all notices in this case.

Respectfully submitted,

<u>/Zachary Perlick, Esquire/</u>
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 720
Philadelphia, PA 19102
(215) 569-2922
Perlick@verizon.net