**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | FRANK DADDARIO  : | Chapter 13 |
| | : | |
| | : | |
| | Debtor  : | Bankruptcy No. 25-13079 |

**O R D E R**

AND NOW, this        day of            , 2025 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before August 29, 2025.

BY THE COURT:

**Date: August 18, 2025**

_____
THE HONORABLE DEREK J. BAKER