```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      FRANK DADDARIO            :    Chapter 13
                                      :
                                      :
            Debtor                    :    Bankruptcy No. 25-13079
```

**O R D E R**

AND NOW, this      day of          , 2025 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional ten(10) days to comply with the Court's Order and shall file all required documents on or before September 8, 2025.

BY THE COURT:

_____
THE HONORABLE DEREK J. BAKER

**Date: August 29, 2025**