UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                                   CASE NO.: 25-13079
                                                                                                         CHAPTER 13
Frank Daddario,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Finance of America Reverse LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorneys for Secured Creditor
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
>
> By: /s/Sherri Dicks
>     Sherri Dicks
>     Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FRANK DADDARIO
1400 S. 2ND STREET
PHILADELPHIA, PA 19147

And via electronic mail to:

Zachary Perlick Esq.
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA 19102

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amber Matas