UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    FRANK DADDARIO              : Bankruptcy No. 25-13079
                                      :
                                      :
          DEBTOR                      : Chapter 13

## CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/9/25            /Zachary Perlick/
                        Zachary Perlick, Esquire
                        1420 Walnut Street, Suite 718
                        Philadelphia, PA  19102
                        (215) 569-2922
                        zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
Robertson Anschutz Schneid Crane & Partners, PLLC
130 Clinton Road, Lobby B
Suite 202
Fairfield, NJ 07004
973-575-0707
sdicks@raslg.com

Via: X CM/ECF    ___1st Class Mail    ___Certified Mail    ___e-mail:_____    Other:

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com

Via: X CM/ECF _1st Class Mail __Certified Mail _____e-mail:_____

Kaplin Stewart
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610) 941-2474
610-684-2020 (fax)
efile.wjl@kaplaw.com

Via: X CM/ECF _1st Class Mail _Certified Mail__e-mail:_

Friedman Vartolo, LLP
1325 Franklin Ave.
Ste. 160
Garden City, NY 11530
212-471-5100
bkecf@friedmanvartolo.com

Via: X CM/ECF ___1st Class Mail ____Certified Mail ____e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Frank Daddario
1400 S. 2nd Street
Philadelphia, PA 19147
Debtor

Via: __CM/ECF  X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF  X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

American Express
P.O. Box981540
El Paso, TX 79998


Bank of America
PO Box 660933
Dallas, TX 75266


Chase Bank
POB 15369
Wilmington, DE 19850


Citiadel Servicing Corp.
c/o Citibank
388 Greenwich Street
New York, NY 10013


Citibank
P.O. Box 054
Sioux Falls, SD 57117-6054


City of Philadelphia
Law Department, Enforecment Div.
1515 Arch Street, 15th Fl.
Philadelphia, PA 19102-1508


Discover Bank
6500 New Albany Road
New Albany, OH 43054


Elliots Vending
2910 Franks Road
Bristol, PA 19007


Finance of America Reverse, LLC
c/o Sherri Dicks, Esquire
130 Clinton Road, Lobby B Suite 202
Fairfield, NJ 07004


Linda Daddario


loanDepot.com, LLC
POB 250009
Plano, TX 75025


Middlefield Banking Company
c/o ZuntaFi
105 1st Ave. SW
Aberdeen, SD 57401


New Century Financial Corp.
592-C Winks Lane
Bensalem, PA 19020

Nissan Motor Acceptance Company, LLC
POB 660360
Dallas, TX 75266-0360


P.G.W.
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050


PECO Bankruptcy Collections
2301 Market Street, N3-1
Philadelphia, PA 19103


Pennsylvania Liquor Control Board
401 Northwest Office Building
Harrisburg, PA 17124


Philadelphia Federal Credit Union
12800 Townsend Rd
Philadelphia, PA 19154


Portfolio Servicing
POB 7277
Springfield, OH 45501


residential leases


Rewards Network
540 W. Madison Street
Suite 2400
Chicago, IL 60661


Shellpoint Mortgage
POB 740039
Cincinnati, OH 45274-0039


Township of Washington
Tax Collector
POB 1106
Turnersville, NJ 08012


Vineland Syrup
723 East Blvd.
Vineland, NJ 08360


Water Revenue Bureau
Law Department, Enforecment Div.
1515 Arch Street, 15th Fl.
Philadelphia, PA 19102-1508


Water Revenue Bureau
1401 J.F.K. Blvd.
Philadelphia, PA 19102