UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Daddario<br>Debtor<br><br>ServiceMac, LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5<br>v.<br><br>Frank Daddario<br>Kenneth E. West<br>Respondents | CASE NO.: 25-13079<br><br>CHAPTER 13<br><br>Judge: Derek J. Baker<br><br>Hearing Date: 11/6/2025 at 9:30 AM<br><br>Objection Deadline: 10/30/2025 |

**OBJECTION TO CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE** that ServiceMac, LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 1821 South 7th Street, Philadelphia, PA 19148, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor filed a Chapter 13 Plan on September 8, 2025.

2. Debtor`s plan misidentifies Secured Creditor. The correct Secured Creditor is ServiceMac, LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5. Accordingly, the treatment of Creditor`s Claim is unclear in the Chapter 13 Plan.

3. Debtor`s proposed plan is insufficient to provide for the claim of Secured Creditor. The objecting creditor is due arrears of approximately $39,084.80 to be set forth in a Claim to be filed by the Claims Deadline; however the plan only provides for arrears in the amount of $38,000.00.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: September 23, 2025

By: /s/ Lauren M. Moyer

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for ServiceMac, LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Daddario<br>Debtor<br><br>ServiceMac, LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5<br>v.<br><br>Frank Daddario<br>Kenneth E. West<br>Respondents | CASE NO.: 25-13079<br><br>CHAPTER 13<br><br>Judge: Derek J. Baker<br><br>Hearing Date: 11/6/2025 at 9:30 AM<br><br>Objection Deadline: 10/30/2025 |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF PLAN**

I certify under penalty of perjury that I caused to be served the above-captioned pleading on the parties at the addresses specified below or on the attached list on September 23, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading “Service by NEF,” and the full name and complete postal address for each party served by mail are listed under the heading “Service by First-Class Mail.”

EXECUTED ON: September 23, 2025

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for ServiceMac, LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Frank G. Daddario
1400 S. 2nd St.
Philadelphia, PA 19147
***Bankruptcy Debtor***

**Service by NEF**

Zachary Perlick
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
***Attorney***

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
***Bankruptcy Trustee***

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
Suite 320, 900 Market Street
Philadelphia, PA 19107
***U.S. Trustee***