FRANK DADDARIO
1400 S. 2ND ST.
PHILADELPHIA, PA  19147

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    FRANK DADDARIO<br><br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 25-13079-DJB |

## PRAECIPE

TO THE CLERK:

Please withdraw the 341 meeting of creditors filed on or about September 29, 2025 at docket number 31 in the above referenced case.

                                                Respectfully Submitted

Date: October 09, 2025                               */s/ Kenneth E. West*
                                                              Kenneth E. West, Esq.
                                                              Standing Chapter 13 Trustee