UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Frank G. Daddario<br>　　　　　Debtor<br><br>Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 by Citadel Servicing Corporation, its appointed attorney in fact by ServiceMac, LLC its appointed attorney in fact<br>v.<br><br>Frank G. Daddario<br>Kenneth E. West<br>　　　　　Respondents | CASE NO.: 25-13079<br><br>CHAPTER 13<br><br>Judge: Derek J. Baker<br><br>Hearing Date:<br><br>Objection Deadline: |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 by Citadel Servicing Corporation, its appointed attorney in fact by ServiceMac, LLC its appointed attorney in fact, together with any successor and/or assign, ("Movant")  and with good cause appearing therefore, it is;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); is hereby vacated to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1821 South 7th Street, Philadelphia, PA 19148; and it is further;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(2); is hereby vacated for cause to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1821 South 7th Street, Philadelphia, PA 19148

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J

**Date: January 7, 2026**