United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-13079-djb
Frank Daddario  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 07, 2026      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Daddario, 1400 S. 2nd Street, Philadelphia, PA 19147-6104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor Finance of America Reverse LLC jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor ServiceMac LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 bkecf@friedmanvartolo.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SHERRI DICKS | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Finance of America Reverse LLC sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT

on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com

ZACHARY PERLICK

on behalf of Debtor Frank Daddario Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Frank G. Daddario<br>              Debtor<br><br>Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 by Citadel Servicing Corporation, its appointed attorney in fact by ServiceMac, LLC its appointed attorney in fact<br>v.<br><br>Frank G. Daddario<br>Kenneth E. West<br>              Respondents | CASE NO.: 25-13079<br><br>CHAPTER 13<br><br>Judge: Derek J. Baker<br><br>Hearing Date:<br><br>Objection Deadline: |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 by Citadel Servicing Corporation, its appointed attorney in fact by ServiceMac, LLC its appointed attorney in fact, together with any successor and/or assign, ("Movant")  and with good cause appearing therefore, it is;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); is hereby vacated to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1821 South 7th Street, Philadelphia, PA 19148; and it is further;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(2); is hereby vacated for cause to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1821 South 7th Street, Philadelphia, PA 19148

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J

**Date: January 7, 2026**