United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-13079-djb
Frank Daddario | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 16, 2026      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Daddario, 1400 S. 2nd Street, Philadelphia, PA 19147-6104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor Finance of America Reverse LLC jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor ServiceMac LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 bkecf@friedmanvartolo.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SHERRI DICKS | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Finance of America Reverse LLC sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT

on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com

ZACHARY PERLICK

on behalf of Debtor Frank Daddario Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Frank Daddario | | CHAPTER 13 |
| | Debtor(s) | |
| loanDepot.com, LLC | Movant | |
| vs. | | NO. 25-13079 DJB |
| Frank Daddario | Debtor(s) | |
| Kenneth E. West | Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this         day of                 , 2025 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 829 West Porter Street, Philadelphia, PA 19148 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: January 16, 2026**

_____
United States Bankruptcy Judge.