IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      FRANK DADDARIO       :     CHAPTER 13
                                 :
                                 :
            DEBTOR               :     BANKRUPTCY No. 25-13079DJB

**O R D E R**

AND NOW, this        day of           , 2026, upon consideration of the Debtor's Praecipe to Dismiss his Chapter 13 Case pursuant to 11 U.S.C. 1307(b), the above captioned case is hereby dismissed and the clerk shall mark the case closed.  Debtor is barred from refiling for bankruptcy for 180 days.

BY THE COURT:

_____
THE HONORABLE DEREK J. BAKER

Dated: **January 23, 2026**