United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13079-djb |
| Frank Daddario | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Daddario, 1400 S. 2nd Street, Philadelphia, PA 19147-6104 |
| 15035819 | + | Attorney Paul Heron, 1500 Market Street, Philadelphia PA 19102-2100 |
| 15035826 | + | Chase, P.O. Box 6924, Card Stream IL 60197-6924 |
| 15035820 | + | Citadel Financial, 3 ada parkway, Suite 200a, Irvine CA 92618, Direct 92618-2322 |
| 15047802 | + | Citibank, P.O. Box 054, Sioux Falls, SD 57101-0054 |
| 15039531 | + | Citibank, NA, c/O Lauren M. Moyer, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |
| 15035828 | | Discover, Market st, Greenwood de 19950 |
| 15047805 | | Elliots Vending, 2910 Franks Road, Bristol, PA 19007 |
| 15035824 | | Elliots vending, Conshohocken PA 191426 |
| 15060685 | + | Mantis Funding LLC, C/O Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 15035818 | | New Century Financial, 92 Wills Ave., Bensalem PA |
| 15047810 | + | New Century Financial Corp., 592-C Winks Lane, Bensalem, PA 19020-5933 |
| 15047813 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 15035830 | | PECO electric, 22nd Market, Philadelphia PA 19103 |
| 15043024 | + | Philadelphia Federal Credit Union, C/O William J. Levant, 910 Harvest Drive, PO BOX 3037, Blue Bell, PA 19422-0765 |
| 15035823 | + | Portfolio Servicing, P.O. Box 7277, Springfield OH 45501-7277 |
| 15047820 | + | Township of Washington, Tax Collector, POB 1106, Turnersville, NJ 08012-0876 |
| 15035831 | + | Vineland Syrup, 723 East blvd., Vineland NJ 08360-5679 |
| 15037079 | + | loanDepot.com, C/O Matthew Fissel, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jan 24 2026 00:20:49 | ServiceMac, LLC as Servicer for Citibank, N.A., no, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 15047798 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2026 00:36:38 | American Express, P.O. Box981540, El Paso, TX 79998-1540 |
| 15047799 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jan 24 2026 00:36:16 | Bank of America, PO Box 660933, Dallas, TX 75266-0933 |
| 15035827 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 24 2026 00:31:00 | Bank of America, P.O. Box 25118, Tampa FL 33622-5118 |
| 15047803 | | Email/Text: megan.harper@phila.gov | Jan 24 2026 00:31:00 | City of Philadelphia, Law Department, |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 15095755 | | Email/Text: megan.harper@phila.gov | Jan 24 2026 00:31:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15047822 | | Email/Text: megan.harper@phila.gov | Jan 24 2026 00:31:00 | Water Revenue Bureau, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 15047800 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2026 00:36:26 | Chase Bank, POB 15369, Wilmington, DE 19850-5369 |
| 15035825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2026 00:36:32 | Citi, P.O. Box 6500, Sioux Falls SD 57117-6500 |
| 15047801 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2026 00:36:21 | Citiadel Servicing Corp., c/o Citibank, 388 Greenwich Street, New York, NY 10013-2362 |
| 15056950 | ^ | MEBN | Jan 24 2026 00:20:57 | Citibank, N.A., et. al, c/o ServiceMac, LLC, 9726 OLD BAILES ROAD SUITE 200,, FORT MILL, SC 29707-7882 |
| 15047804 | | Email/Text: mrdiscen@discover.com | Jan 24 2026 00:31:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15045985 | + | Email/Text: RASEBN@raslg.com | Jan 24 2026 00:31:00 | Finance of America Reverse LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15045901 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Jan 24 2026 00:31:00 | Finance of America Reverse LLC, c/o Celink, Attn: Bankruptcy Department, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 15046476 | + | Email/Text: RASEBN@raslg.com | Jan 24 2026 00:31:00 | Finance of America Reverse LLC, C/O Sherri Dicks, 13010 Morris Rd. Ste. 450, Alpharetta, GA 30004-2001 |
| 15047806 | + | Email/Text: RASEBN@raslg.com | Jan 24 2026 00:31:00 | Finance of America Reverse, LLC, c/o Sherri Dicks, Esquire, 130 Clinton Road, Lobby B Suite 202, Fairfield, NJ 07004-2927 |
| 15050218 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2026 00:31:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15057694 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2026 00:36:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15035821 | ^ | MEBN | Jan 24 2026 00:20:54 | Loan Depot, P.O. Box 250009, Plano TX 75025-0009 |
| 15047809 | + | Email/Text: claims@zuntafi.com | Jan 24 2026 00:31:00 | Middlefield Banking Company, c/o ZuntaFi, 105 1st Ave. SW, Aberdeen, SD 57401-4104 |
| 15035880 | + | Email/Text: claims@zuntafi.com | Jan 24 2026 00:31:00 | Middlefield Banking Company c/o ZuntaFi, 105 1st Ave SW, Aberdeen, SD 57401-4104 |
| 15047811 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 24 2026 00:31:00 | Nissan Motor Acceptance Company, LLC, POB 660360, Dallas, TX 75266-0360 |
| 15054987 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 24 2026 00:31:00 | Nissan Motor Acceptance Corp., c/o Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15047812 | ^ | MEBN | Jan 24 2026 00:20:46 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 15058170 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 24 2026 00:31:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA 19103-1380 |
| 15035822 | | Email/Text: CollectionsDept@PFCU.COM | Jan 24 2026 00:31:00 | Philadelphia Federal Credit Union, 12800 Townsend Rd., Philadelphia PA 19154 |
| 15047819 | | Email/Text: legal@rewardsnetwork.com | Jan 24 2026 00:31:00 | Rewards Network, 540 W. Madison Street, Suite 2400, Chicago, IL 60661 |

Case 25-13079-djb   Doc 60   Filed 01/25/26   Entered 01/26/26 00:36:47   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15047823 | | Email/Text: megan.harper@phila.gov | Jan 24 2026 00:31:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 15047808 | ^ | MEBN | Jan 24 2026 00:20:54 | loanDepot.com, LLC, POB 250009, Plano, TX 75025-0009 |
| 15051710 | + | Email/Text: bknotification@loandepot.com | Jan 24 2026 00:31:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15047815 | | Harrisburg, PA 17124 |
| 15047842 | | Harrisburg, PA 17124 |
| 15047807 | | Linda Daddario |
| 15047834 | | Linda Daddario |
| 15047814 | | Pennsylvania Liquor Control Board, 401 Northwest Office Building |
| 15047841 | | Pennsylvania Liquor Control Board, 401 Northwest Office Building |
| 15047818 | | residential leases |
| 15047845 | | residential leases |
| cr | *+ | Finance of America Reverse LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15047825 | *+ | American Express, P.O. Box981540, El Paso, TX 79998-1540 |
| 15047826 | *+ | Bank of America, PO Box 660933, Dallas, TX 75266-0933 |
| 15047830 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 15035829 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Philadelphia water department, 1401 JFK blvd., Concourse level, Philadelphia PA |
| 15047849 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 15047827 | *+ | Chase Bank, POB 15369, Wilmington, DE 19850-5369 |
| 15047828 | *+ | Citiadel Servicing Corp., c/o Citibank, 388 Greenwich Street, New York, NY 10013-2362 |
| 15047829 | *+ | Citibank, P.O. Box 054, Sioux Falls, SD 57101-0054 |
| 15047831 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15047832 | * | Elliots Vending, 2910 Franks Road, Bristol, PA 19007 |
| 15047833 | *+ | Finance of America Reverse, LLC, c/o Sherri Dicks, Esquire, 130 Clinton Road, Lobby B Suite 202, Fairfield, NJ 07004-2927 |
| 15047836 | *+ | Middlefield Banking Company, c/o ZuntaFi, 105 1st Ave. SW, Aberdeen, SD 57401-4104 |
| 15047837 | *+ | New Century Financial Corp., 592-C Winks Lane, Bensalem, PA 19020-5933 |
| 15047838 | * | Nissan Motor Acceptance Company, LLC, POB 660360, Dallas, TX 75266-0360 |
| 15047839 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 15047840 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 15047816 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154 |
| 15047843 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154 |
| 15047817 | *+ | Portfolio Servicing, POB 7277, Springfield, OH 45501-7277 |
| 15047844 | *+ | Portfolio Servicing, POB 7277, Springfield, OH 45501-7277 |
| 15047846 | *P++ | REWARDS NETWORK ESTABLISHMENT SERVICES INC, 540 W MADISON ST SUITE 2400, CHICAGO IL 60661-2562, address filed with court:, Rewards Network, 540 W. Madison Street, Suite 2400, Chicago, IL 60661 |
| 15047847 | *+ | Township of Washington, Tax Collector, POB 1106, Turnersville, NJ 08012-0876 |
| 15047821 | *+ | Vineland Syrup, 723 East Blvd., Vineland, NJ 08360-5679 |
| 15047848 | *+ | Vineland Syrup, 723 East Blvd., Vineland, NJ 08360-5679 |
| 15047850 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 15047835 | *+ | loanDepot.com, LLC, POB 250009, Plano, TX 75025-0009 |

TOTAL: 8 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JORDAN MATTHEW KATZ | on behalf of Creditor Finance of America Reverse LLC jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor ServiceMac  LLC as Servicer for Citibank, N.A., not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2023-NQM5 bkecf@friedmanvartolo.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SHERRI DICKS | on behalf of Creditor Finance of America Reverse LLC sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Frank Daddario Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | FRANK DADDARIO | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 25-13079DJB |

**O R D E R**

AND NOW, this ___ day of _____, 2026, upon consideration of the Debtor's Praecipe to Dismiss his Chapter 13 Case pursuant to 11 U.S.C. 1307(b), the above captioned case is hereby dismissed and the clerk shall mark the case closed. Debtor is barred from refiling for bankruptcy for 180 days.

BY THE COURT:

_____
THE HONORABLE DEREK J. BAKER

Dated: **January 23, 2026**